**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Frederick Charles Lorch** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine Anne Lorch** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION | | |
| Case number | **16-50746** | | |
| (if known) | | | |

■ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|   |   | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
|  | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. | $ 0.00 |
|  | 1b. Copy line 62, Total personal property, from Schedule A/B............................................................. | $ 40,644.00 |
|  | 1c. Copy line 63, Total of all property on Schedule A/B...................................................................... | $ 40,644.00 |

### Part 2:    Summarize Your Liabilities

|   |   | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|  | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 33,263.36 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|  | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.................................* | $ 0.00 |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F............................* | $ 173,606.28 |
|  | **Your total liabilities** | $ 206,869.64 |

### Part 3:    Summarize Your Income and Expenses

|   |   | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I...............................................................* | $ 4,090.57 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.......................................................................* | $ 4,082.93 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1    **Frederick Charles Lorch**
Debtor 2    **Christine Anne Lorch**                                    Case number *(if known)* **16-50746**

☐    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8.    **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $          **5,985.59**

9.    **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $          0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $          0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $          0.00 |
| 9d. Student loans. (Copy line 6f.) | $          0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $          0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$          0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $          0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Frederick Charles Lorch** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Christine Anne Lorch** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA STATESVILLE DIVISION |
| Case number (if known) | **16-50746** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Apex Asset Management** | Last 4 digits of account number  **9081** | **$6.00** |

Nonpriority Creditor's Name
**Attn: Corp Officer**
**PO Box 7044**
**Lancaster, PA 17604**

When was the debt incurred?    **Opened 2/01/15 Last Active 1/01/14**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed.**

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (if know)    **16-50746**

---

| 4.2 | **AT&T** | Last 4 digits of account number | **2795** | $919.56 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn. Corporate Officer**
**PO Box 5093**
**Carol Stream, IL 60197-5093**
Number Street City State ZIp Code

**When was the debt incurred?**    **12/1/2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission of the amount Dor the identity of the creditor.  Debt may be disputed. ebt is reported as listed on Debtor's credit report.**

---

| 4.3 | **Bank of America** | Last 4 digits of account number | **7360** | $659.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**PO Box 982235**
**El Paso, TX 79998-2235**
Number Street City State ZIp Code

**When was the debt incurred?**    **Opened  9/28/09  Last Active 3/13/12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

Debtor 1  **Frederick Charles Lorch**
Debtor 2  **Christine Anne Lorch**

Case number (if know)  **16-50746**

| 4.4 | **Capital One** | Last 4 digits of account number | **4894** | $0.00 |

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State ZIp Code

When was the debt incurred?  **Opened 10/26/10**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

- □ Yes
- ■ Other. Specify

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

| 4.5 | **Capital One Bank (USA), N.A.** | Last 4 digits of account number | **2984** | $4,947.00 |

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**P.O. Box 12907**
**Norfolk, VA 23541**
Number Street City State ZIp Code

When was the debt incurred?  **Opened 12/21/04  Last Active 3/10/12**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- □ Debtor 1 only
- ■ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

- □ Yes
- ■ Other. Specify

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

Debtor 1   **Frederick Charles Lorch**
Debtor 2   **Christine Anne Lorch**

Case number (if know)   **16-50746**

| 4.6 | **Capital One Bank (USA), N.A.** | Last 4 digits of account number | **5614** | $2,391.00 |

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**P.O. Box 12907**
**Norfolk, VA 23541**
Number Street City State Zip Code

When was the debt incurred?   **Opened 7/04/09 Last Active 3/10/12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Credit Card.**

| 4.7 | **Capital One Bank (USA), N.A.** | Last 4 digits of account number | **8141** | $4,947.59 |

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**P.O. Box 12907**
**Norfolk, VA 23541**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

Debtor 1   **Frederick Charles Lorch**
Debtor 2   **Christine Anne Lorch**

Case number (if know)   **16-50746**

| 4.8 | **Capital One Bank (USA), N.A.** | Last 4 digits of account number | | $2,391.66 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**P.O. Box 12907**
**Norfolk, VA 23541**

**When was the debt incurred?**    09/10/2016

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

| 4.9 | **Carolina Surgical** | Last 4 digits of account number | 8514 | $70.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2104 Randolph Road**
**Charlotte, NC 28207**

**When was the debt incurred?**    **Opened: 11/22/16 Last Active: 12/27/16**

Number Street City State ZIp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

Debtor 1  **Frederick Charles Lorch**
Debtor 2  **Christine Anne Lorch**

Case number (*if know*)    **16-50746**

---

| 4.1 0 | **Carolinas Healthcare System** | Last 4 digits of account number | **0176** | $152.43 |

Nonpriority Creditor's Name
**Attn Patient Accounts, PIF**
**Attn:  Corp Officer**
**PO Box 32861**
**Charlotte, NC 28272-0826**

When was the debt incurred?    **03/1/2016**

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Medical Debt.**

---

| 4.1 1 | **Catawba County Tax Collector** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**P.O. Box 368**
**Newton, NC 28658-0368**

When was the debt incurred?

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

Debtor 1   **Frederick Charles Lorch**
Debtor 2   **Christine Anne Lorch**

Case number (*if know*)   **16-50746**

---

| 4.1 2 | **Chase** | Last 4 digits of account number | **7064** | $1,449.00 |

Nonpriority Creditor's Name
**Attn. Corporate Officer**
**P.O. Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened  3/15/07  Last Active 2/29/12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

| 4.1 3 | **Chase** | Last 4 digits of account number | **7279** | $1,202.00 |

Nonpriority Creditor's Name
**Attn. Corporate Officer**
**P.O. Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened  8/30/06  Last Active 3/14/12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | | |

Case number (if know)   **16-50746**

---

| **4.1 4** | **Chase** | Last 4 digits of account number | **1409** | **$0.00** |

Nonpriority Creditor's Name

**Attn. Corporate Officer**
**P.O. Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

When was the debt incurred?   **Opened 11/20/06  Last Active 4/14/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

☐ Yes

■ Other. Specify

---

| **4.1 5** | **Chase Auto Finance** | Last 4 digits of account number | **4609** | **$0.00** |

Nonpriority Creditor's Name

**Attn: Corp Officer**
**PO Box 901076**
**Fort Worth, TX 76101-2076**

Number Street City State Zip Code

When was the debt incurred?   **Opened 12/09/04  Last Active 1/26/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Automobile.**

☐ Yes

■ Other. Specify

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (if know)   **16-50746**

---

**4.16**

| **Chase Auto Finance** | Last 4 digits of account number | **0201** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Corp Officer**
**PO Box 901076**
**Fort Worth, TX 76101-2076**
Number Street City State Zip Code

When was the debt incurred?   **Opened  3/30/06  Last Active 11/02/06**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Automobile.**

---

**4.17**

| **Chase Auto Finance** | Last 4 digits of account number | **4000** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Corp Officer**
**PO Box 901076**
**Fort Worth, TX 76101-2076**
Number Street City State Zip Code

When was the debt incurred?   **Opened  1/19/09  Last Active 9/22/14**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Automobile.**

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (*if know*)    **16-50746**

---

**4.1 8**

**Chex Systems, Inc.**
Nonpriority Creditor's Name
**Attn:  Consumer Relations**
**7805 Hudson Road**
**Suite 100**
**Saint Paul, MN 55125**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Notice Only**

---

**4.1 9**

**Citi Cards**
Nonpriority Creditor's Name
**Attn:  Corp Officer**
**PO Box 6500**
**Sioux Falls, SD 57117-6500**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number   **8511**          **$8,519.00**

**When was the debt incurred?**   **Opened  4/14/10  Last Active 7/17/13**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit**
■ Other. Specify **Card.**

---

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | | |

Case number (if know)    **16-50746**

---

| **4.2 0** | **Citibank** | Last 4 digits of account number | **6326** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer
PO Box 6500
Sioux Falls, SD 57117**

When was the debt incurred?    **Opened  2/01/09  Last Active 2/02/09**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

☐ Yes

■ Other. Specify

---

| **4.2 1** | **Citibank** | Last 4 digits of account number | **9098** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer
PO Box 6500
Sioux Falls, SD 57117**

When was the debt incurred?    **Opened  8/08/05  Last Active 9/01/06**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Automobile.**

☐ Yes

■ Other. Specify

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (*if know*)    **16-50746**

---

**4.2 2**

| **Citibank** | Last 4 digits of account number | **4161** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer**
**PO Box 6500**
**Sioux Falls, SD 57117**

When was the debt incurred?    **Opened  2/08/05  Last Active 3/06/05**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

□ Yes

■ Other. Specify

---

**4.2 3**

| **Citibank** | Last 4 digits of account number | **8511** | $8,519.48 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 390905**
**Minneapolis, MN 55439**

When was the debt incurred?

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only

□ Debtor 2 only

■ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

Debtor 1   **Frederick Charles Lorch**
Debtor 2   **Christine Anne Lorch**

Case number (if know)   **16-50746**

---

| 4.2 4 | | | |
|---|---|---|---|

**Citibank/Children's Place**
Nonpriority Creditor's Name
**Attn:  Corp Officer**
**PO Box 6500**
**Sioux Falls, SD 57117-6500**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **$972.39**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

■ Other. Specify

---

| 4.2 5 | | | |
|---|---|---|---|

**CitiMortgage, Inc.**
Nonpriority Creditor's Name
**Attn: Corporate Officer**
**PO Box 6030**
**Sioux Falls, SD 57117-6030**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** 9818    **$0.00**

**When was the debt incurred?** **Opened  9/19/03  Last Active 4/09/08**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Real Estate.**

■ Other. Specify

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (*if know*)    **16-50746**

---

**4.2
6**

| **Citizens Bank** | Last 4 digits of account number | **2827** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Corp Officer
1 Citizens Drive
Riverside, RI 02915**

When was the debt incurred?    **Opened 10/24/06  Last Active
1/04/08**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. HELOC**

☐ Yes    ■ Other. Specify

---

**4.2
7**

| **Citizens Bank** | Last 4 digits of account number | **3599** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn. Corporate Officer
One Citizens Plaza
Providence, RI 02903**

When was the debt incurred?    **Opened 12/29/07  Last Active
5/14/08**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. HELOC.**

☐ Yes    ■ Other. Specify

---

Debtor 1   **Frederick Charles Lorch**
Debtor 2   **Christine Anne Lorch**

Case number (if know)    **16-50746**

---

| 4.2 8 | **Citizens Bank, NA** | Last 4 digits of account number | **8181** | $0.00 |

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**10561 Telegraph Road**
**Glen Allen, VA 23059**

When was the debt incurred?    **Opened  5/13/08  Last Active 11/30/09**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed.  Real estate.**

☐ Yes

■ Other. Specify

---

| 4.2 9 | **Citizens One Auto Finance** | Last 4 digits of account number | **2094** | Unknown |

Nonpriority Creditor's Name
**Attn: Corp Officer**
**480 Jefferson Blvd**
**Warwick, RI 02886**

When was the debt incurred?    **Opened 12/09/04  Last Active 4/06/06**

Number Street City State ZIp Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Automobile.**

☐ Yes

■ Other. Specify

---

| | |
|---|---|
| Debtor 1 | **Frederick Charles Lorch** |
| Debtor 2 | **Christine Anne Lorch** |

Case number *(if know)*    **16-50746**

---

**4.30**

| **Credit One Bank** | Last 4 digits of account number | **8140** | **$766.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn. Corporate Officer**
**PO Box 98873**
**Las Vegas, NV 89193-8873**

When was the debt incurred?    **Opened 11/30/14  Last Active 2/01/16**

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ■ Other. Specify

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

**4.31**

| **Department of Education** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Region II**
**Attn: Corporate Officer**
**32 Old Slip, 25th Floor**
**New York, NY 10005**

When was the debt incurred?

Number Street City State Zlp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

- ☐ Other. Specify

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | Case number (if know) | **16-50746** |

| 4.3 2 | **East Stroudsburg University** | Last 4 digits of account number | **2380** | **$4,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer
200 Prospect St.
East Stroudsburg, PA 18301**

Number Street City State Zip Code

When was the debt incurred?    **Opened 11/08/11**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Student Loan.**

| 4.3 3 | **Elan Financial Services** | Last 4 digits of account number | **7712** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer
PO Box 108
Saint Louis, MO 63166-9801**

Number Street City State Zip Code

When was the debt incurred?    **Opened 10/01/06  Last Active 4/16/10**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

Debtor 1  **Frederick Charles Lorch**

Debtor 2  **Christine Anne Lorch**

Case number (*if know*)   **16-50746**

---

| 4.3 4 | **Exeter Finance Corporation** | Last 4 digits of account number | **1001** | **$12,970.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer**
**PO Box 166008**
**Irving, TX 75016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **Opened 12/06/14  Last Active 3/01/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed.**

■ Other. Specify   **Automobile.**

---

| 4.3 5 | **Fedloan Servicing** | Last 4 digits of account number | **0005** | **$24,803.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**PO Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **Opened  8/29/12  Last Active 2/01/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed.**

■ Other. Specify   **Student Loan.**

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (if know)  **16-50746**

| 4.3 6 | **Fedloan Servicing** | Last 4 digits of account number | **0006** | $22,838.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Corporate Officer
PO Box 69184
Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?  **Opened 8/22/13 Last Active 2/01/16**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Student Loan.**

| 4.3 7 | **Fedloan Servicing** | Last 4 digits of account number | **0007** | $11,078.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Corporate Officer
PO Box 69184
Harrisburg, PA 17106**
Number Street City State Zip Code

When was the debt incurred?  **Opened 8/25/14 Last Active 2/01/16**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Student Loan.**

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (if know)    **16-50746**

---

| 4.3 8 | **Fedloan Servicing** | Last 4 digits of account number | **0004** | **$7,366.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**PO Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**      **Opened  8/30/11  Last Active 2/01/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Student Loan.**

---

| 4.3 9 | **Fedloan Servicing** | Last 4 digits of account number | **0002** | **$5,673.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**PO Box 69184**
**Harrisburg, PA 17106**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**      **Opened  8/31/10  Last Active 2/01/16**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Student Loan.**

---

Debtor 1  **Frederick Charles Lorch**

Debtor 2  **Christine Anne Lorch**

Case number (if know)  **16-50746**

---

| 4.40 | **Fedloan Servicing** | Last 4 digits of account number | **0001** | $5,500.00 |
|------|------------------------|--------------------------------|----------|-----------|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**PO Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?  **Opened  8/31/10  Last Active 2/01/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**
- **Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Student Loan.**

---

| 4.41 | **Fedloan Servicing** | Last 4 digits of account number | **0003** | $5,500.00 |
|------|------------------------|--------------------------------|----------|-----------|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**PO Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?  **Opened  8/30/11  Last Active 2/01/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**
- **Is the claim subject to offset?**
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Student Loan.**

---

Debtor 1  **Frederick Charles Lorch**

Debtor 2  **Christine Anne Lorch**

Case number (if know)  **16-50746**

| 4.4 2 | **Fedloan Servicing** | Last 4 digits of account number | **0008** | **$5,378.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**PO Box 69184**
**Harrisburg, PA 17106**

When was the debt incurred?    **Opened  6/10/15  Last Active 2/01/16**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Student Loan.**

| 4.4 3 | **Harleysville Savings Bank** | Last 4 digits of account number | **5453** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer**
**271 Main Street**
**Harleysville, PA 19438**

When was the debt incurred?    **Opened  5/22/03  Last Active 10/05/06**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

Debtor 1  **Frederick Charles Lorch**

Debtor 2  **Christine Anne Lorch**

Case number (if know)   **16-50746**

---

| 4.44 | **IRS** | **Last 4 digits of account number** _____ | **$0.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Central Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Notice Only.**

---

| 4.45 | **Kohl's  (Capital One)** | **Last 4 digits of account number** 3898 | **$854.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**PO Box 3043**
**Milwaukee, WI 53201-3043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened  3/04/01  Last Active 6/01/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

Debtor 1   **Frederick Charles Lorch**
Debtor 2   **Christine Anne Lorch**

Case number *(if know)*   **16-50746**

---

| 4.4 6 | **Kohl's  (Capital One)** | Last 4 digits of account number   **8540** | | $352.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Corporate Officer
PO Box 3043
Milwaukee, WI 53201-3043**
Number Street City State Zip Code

**When was the debt incurred?**      **Opened  8/08/15  Last Active 2/01/16**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify      **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

| 4.4 7 | **Lake Norman Oncology** | Last 4 digits of account number   **5272** | | $70.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn:  Corp Officer
170 Medical Park Road, Suite 101
Mooresville, NC 28117**
Number Street City State Zip Code

**When was the debt incurred?**      **11/01/16**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify      **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

Debtor 1    **Frederick Charles Lorch**
Debtor 2    **Christine Anne Lorch**

Case number (if know)    **16-50746**

---

| 4.4 8 | **Lake Norman Regional Medical Center** | Last 4 digits of account number | 2911 | $751.61 |

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**171 Fairview Road**
**PO Box 3250**
**Mooresville, NC 28117**

When was the debt incurred?    02/1/2016

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

| 4.4 9 | **Lake Norman Regional Medical Center** | Last 4 digits of account number | 5443 | $250.00 |

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**171 Fairview Road**
**PO Box 3250**
**Mooresville, NC 28117**

When was the debt incurred?    11/07/2016

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

Debtor 1  **Frederick Charles Lorch**
Debtor 2  **Christine Anne Lorch**

Case number (if know)  **16-50746**

| | |
|---|---|
| **4.50** | |

**Lehigh Valley Physician Group**
Nonpriority Creditor's Name
**ATTN: Corporate Officer**
**P.O. Box 689**
**Allentown, PA 18105**
Number Street City State Zip Code

Last 4 digits of account number   **5401**              $114.98

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Medical.**

---

| | |
|---|---|
| **4.51** | |

**Lehigh Valley Physician Group**
Nonpriority Creditor's Name
**ATTN: Corporate Officer**
**P.O. Box 689**
**Allentown, PA 18105**
Number Street City State Zip Code

Last 4 digits of account number   **C669**              $109.98

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Medical.**

---

| | |
|---|---|
| Debtor 1 | **Frederick Charles Lorch** |
| Debtor 2 | **Christine Anne Lorch** |

Case number *(if know)*  **16-50746**

---

**4.5
2**

**Lehigh Valley Physician Group**
Nonpriority Creditor's Name

**ATTN: Corporate Officer
P.O. Box 689
Allentown, PA 18105**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **J854**                            **$280.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission
of the amount or the identity of the creditor.
Debt may be disputed. Medical.**

---

**4.5
3**

**Lessig Oil & Propane**
Nonpriority Creditor's Name

**ATTN: Corporate Officer
950 Pennsylvania Ave.
Wind Gap, PA 18091**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2628**                            **$206.46**

When was the debt incurred?        **09/1/2013**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission
of the amount Oor the identity of the
creditor.  Debt may be disputed. il**

---

| Debtor 1 | **Frederick Charles Lorch** | |
|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | |

Case number (if know)    **16-50746**

---

| 4.5 4 | **M&T Bank** | Last 4 digits of account number | **0001** | $0.00 |

Nonpriority Creditor's Name
**Attn:  Corp Officer
PO Box 1288
Buffalo, NY 14240-1288**
Number Street City State Zlp Code

When was the debt incurred?    **Opened  1/07/10  Last Active 6/30/14**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed.**

☐ Yes

■ Other. Specify    **Automobile.**

---

| 4.5 5 | **Mecklenburg Radiology Associates, PA** | Last 4 digits of account number | **1272** | $414.25 |

Nonpriority Creditor's Name
**Attn. Corporate Officer
PO Box 221249
Charlotte, NC 28222-1249**
Number Street City State Zlp Code

When was the debt incurred?    **10/1/2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

☐ Yes

■ Other. Specify

---

Debtor 1  **Frederick Charles Lorch**
Debtor 2  **Christine Anne Lorch**

Case number (if know)  **16-50746**

---

| 4.5 6 | **Midland Credit Management, Inc.** | Last 4 digits of account number | **8102** | **$870.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn:  Corp Officer**
**2355 Northside Dr Suite 300**
**San Diego, CA 92108**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened  1/31/14  Last Active 12/01/11**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed.**

■ Other. Specify  **Citibank.**

---

| 4.5 7 | **Midland Funding, LLC--DNU** | Last 4 digits of account number | | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**8875 Aero Drive**
**Suite 200**
**San Diego, CA 92123**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (*if know*)    **16-50746**

---

**4.58**

**Motionatomy PLLC**

Nonpriority Creditor's Name

**517 Alcove Road**
**Suite 101**
**Mooresville, NC 28117-8573**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7573**                                    **$64.00**

When was the debt incurred?    **11/15/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

**4.59**

**NC Dept of Revenue**

Nonpriority Creditor's Name

**Central Collection Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number                                                  **$0.00**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

Debtor 1  **Frederick Charles Lorch**
Debtor 2  **Christine Anne Lorch**

Case number (*if know*)  **16-50746**

| | | | |
|---|---|---|---|
| **4.6 0** | **Novant Health** | Last 4 digits of account number  **2488** | **$201.78** |

Nonpriority Creditor's Name
**Attn:  Corp Officer**
**PO Box 11549**
**Winston Salem, NC 27116-1549**

When was the debt incurred?  **10/1/2015**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

☐ Yes

■ Other. Specify

---

| | | | |
|---|---|---|---|
| **4.6 1** | **Novant Health Corporate** | Last 4 digits of account number  **4874** | **$730.27** |

Nonpriority Creditor's Name
**Attn: Corp Officer**
**2085 Frontis Plaza Blvd**
**Winston Salem, NC 27103**

When was the debt incurred?  **09/1/2015**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

■ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

☐ Yes

■ Other. Specify

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number *(if know)*    **16-50746**

---

| 4.6 2 | **Novant Health Corporate** | Last 4 digits of account number | **2488** | $3,296.79 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer
2085 Frontis Plaza Blvd
Winston Salem, NC 27103**

When was the debt incurred?    **10/22/2015**

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

■ Other. Specify

---

| 4.6 3 | **OrthoCarolina** | Last 4 digits of account number | **7929** | $217.63 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn:  Corp Officer
4601 Park Road
Suite 300
Charlotte, NC 28209**

When was the debt incurred?    **Opened: 11/08/16 Last Active: 12/14/16**

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

■ Other. Specify

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number *(if know)*    **16-50746**

---

**4.6 4**

**Palmerton Hospital**
Nonpriority Creditor's Name
**ATTN: Corporate Officer**
**135 Lafayette Ave.**
**Palmerton, PA 18071**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7377**    $242.49

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

**4.6 5**

**Palmerton Hospital**
Nonpriority Creditor's Name
**ATTN: Corporate Officer**
**135 Lafayette Ave.**
**Palmerton, PA 18071**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0457**    $578.50

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

**4.6 6**

**Pocono Health Care Management**
Nonpriority Creditor's Name
**2006 Swede Rd**
**E. Norriton, PA 19401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **9445**    $327.00

**When was the debt incurred?**    **07/1/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Hospital - concussion**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | Case number (*if know*) | **16-50746** |

---

| 4.6 7 | **Pocono Medical Center** | Last 4 digits of account number | **3604** | **$1,460.23** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Corporate Officer**
**206 E. Brown St**
**E. Stroudsburg, PA 18301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **07/1/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Inclusion of this debt is not an admission of the amount Cor the identity of the creditor.  Debt may be disputed. oncussion**

---

| 4.6 8 | **Portfolio Recovery Associates LLC** | Last 4 digits of account number | **3442** | **$2,612.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**P.O. Box 41067**
**Norfolk, VA 23541**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened 11/13/12  Last Active 5/01/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Citibank.**

---

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | Case number (if know) | **16-50746** |

---

<table>
<tr>
<td>4.6<br>9</td>
<td><b>Portfolio Recovery Associates LLC</b></td>
<td>Last 4 digits of account number</td>
<td><b>2311</b></td>
<td><b>$1,297.00</b></td>
</tr>
</table>

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**140 Corporate Boulevard**
**Norfolk, VA 23502**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened  7/31/12  Last Active 1/01/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. GE Capital Bank.**

---

<table>
<tr>
<td>4.7<br>0</td>
<td><b>Portfolio Recovery Associates LLC</b></td>
<td>Last 4 digits of account number</td>
<td><b>5588</b></td>
<td><b>$2,611.63</b></td>
</tr>
</table>

Nonpriority Creditor's Name
**Attn: Corporate Officer**
**140 Corporate Boulevard**
**Norfolk, VA 23502**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **09/25/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | | |

Case number (*if know*)    **16-50746**

| 4.7 1 | **Portfolio Recovery Associates LLC** | Last 4 digits of account number | **5088** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corporate Officer**
**140 Corporate Boulevard**
**Norfolk, VA 23502**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.7 2 | **Raymour & Flanigan** | Last 4 digits of account number | | **$1,526.92** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Wells Fargo Bank. NA**
**Central Bankruptcy Department, VA 7359**
**PO Box 13765**
**Roanoke, VA 24037**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

■ Other. Specify _____

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (if know)    **16-50746**

---

| 4.7 3 | **Sheffield Financial** | Last 4 digits of account number | **4500** | **$1,556.00** |

Nonpriority Creditor's Name

**Attn:  Corp Officer**
**PO Box 1704**
**Clemmons, NC 27012**

When was the debt incurred?    **Opened  7/10/10  Last Active 3/01/15**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

| 4.7 4 | **Sheffield Financial** | Last 4 digits of account number | **2600** | **$960.00** |

Nonpriority Creditor's Name

**Attn:  Corp Officer**
**PO Box 1704**
**Clemmons, NC 27012**

When was the debt incurred?    **Opened  7/17/08  Last Active 3/01/15**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

Debtor 1  **Frederick Charles Lorch**

Debtor 2  **Christine Anne Lorch**

Case number (*if know*)  **16-50746**

---

| 4.7 5 | **Social Security Administration** | Last 4 digits of account number | | $4,508.21 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2038 Davie Ave.**

**Statesville, NC 28625**

Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Alleged Overpayment from SS Admin for Disability.**

■ Other. Specify

---

| 4.7 6 | **Southeast Radiation Oncology Group, PA** | Last 4 digits of account number | orch,tine | $18.44 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**200 Queens Road**

**Suite 400**

**Charlotte, NC 28204-3264**

Number Street City State Zip Code

**When was the debt incurred?**  03/07/16

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

■ Other. Specify

---

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | Case number (if know) | **16-50746** |

| 4.7 7 | **St. Luke's Physician Group** | Last 4 digits of account number | **4699** | **$98.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**ATTN: Corporate Officer
185 Roseberry St.
Phillipsburg, NJ 08865**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

■ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ **No**

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Yes**

■ Other. Specify   **Inclusion of this debt is not an admission of the amount Sor the identity of the creditor.  Debt may be disputed.**

---

| 4.7 8 | **Synchrony** | Last 4 digits of account number | **0897** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Bankruptcy Dept.
Attn:  Corporate Officer
PO Box 965060
Orlando, FL 32896-5060**

When was the debt incurred?   **Opened 12/04/00  Last Active 5/17/02**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a  community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ **No**

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ **Yes**

■ Other. Specify   **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

| | |
|---|---|
| Debtor 1 | **Frederick Charles Lorch** |
| Debtor 2 | **Christine Anne Lorch** |

Case number (if know)    **16-50746**

---

**4.79**

**Synchrony**

Nonpriority Creditor's Name

**Bankruptcy Dept.**
**Attn:  Corporate Officer**
**PO Box 965060**
**Orlando, FL 32896-5060**

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**    **0544**

**When was the debt incurred?**    **Opened  6/23/03**

**$0.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

**4.80**

**Synchrony**

Nonpriority Creditor's Name

**Bankruptcy Dept.**
**Attn:  Corporate Officer**
**PO Box 965060**
**Orlando, FL 32896-5060**

Number Street City State Zlp Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number**    **0582**

**When was the debt incurred?**    **Opened  6/01/03**

**$0.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (*if know*)    **16-50746**

---

**4.8 1**

**Synchrony Bank/Gap**
Nonpriority Creditor's Name

**Attn: Corp Officer**
**PO Box 965005**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **2211**                                   $0.00

When was the debt incurred?    **Opened  1/13/05  Last Active 2/02/05**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

**4.8 2**

**Synchrony Bank/JCP**
Nonpriority Creditor's Name

**Attn:Corp Officer**
**PO Box 965007**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    **3202**                                   $0.00

When was the debt incurred?    **Opened  3/14/03  Last Active 4/01/12**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number (if know)    **16-50746**

---

**4.8 3**

**Synchrony Bank/Old Navy**
Nonpriority Creditor's Name
**Attn: Corporate Officer**
**PO Box 965004**
**Orlando, FL 32896-5004**
Number Street City State Zip Code

Last 4 digits of account number    **2311**                    $0.00

When was the debt incurred?    **Opened  8/27/08  Last Active 3/28/12**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

---

**4.8 4**

**Target Card Services**
Nonpriority Creditor's Name
**Attn: Corporate Officer**
**PO Box 673**
**Minneapolis, MN 55416**
Number Street City State Zip Code

Last 4 digits of account number    **2696**                    $0.00

When was the debt incurred?    **Opened 12/22/05  Last Active 9/01/06**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Credit Card.**

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | | |
| | | Case number (if know) | **16-50746** |

---

| 4.8 5 | **US Department of Education** | Last 4 digits of account number | **0129** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Borrower Services Department**
**Attn: Corp Officer**
**PO Box 5609**
**Greenville, TX 75403-5609**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   **08/31/2010**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

**Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed.**

---

| 4.8 6 | **Wells Fargo Bank** | Last 4 digits of account number | **4476** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Corp Officer**
**PO Box 10347**
**Des Moines, IA 50306**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?   **Opened 5/16/08 Last Active 3/04/12**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor. Debt may be disputed. Credit Card.**

---

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | Case number (if known) | **16-50746** |

---

| 4.8 7 | **Wells Fargo Dealer Services** | Last 4 digits of account number | **8303** | **$4,008.00** |

Nonpriority Creditor's Name
**Attn:  Corp Officer
PO Box 1697
Winterville, NC 28590**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/21/10  Last Active 7/14/12**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed.**

- ☐ Yes
- ■ Other. Specify  **Automobile.**

---

| 4.8 8 | **Wells Fargo Home Mortgage** | Last 4 digits of account number | **6407** | **$0.00** |

Nonpriority Creditor's Name
**Attn:  Corp Officer
P.O. Box 10335
Des Moines, IA 50306**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/15/09  Last Active 5/01/14**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Debt is reported as listed on Debtor's credit report. Inclusion of this debt is not an admission of the amount or the identity of the creditor.  Debt may be disputed. Real Estate.**

- ☐ Yes
- ■ Other. Specify

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Arthur Lashin
Hayt, Hayt & Landau, LLC
123 S. Broad St. Suite 1660
Philadelphia, PA 19109-1003**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Assistant U.S. Attorney Gil Beck
United States Courthouse
100 Otis Street, Room 233**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):

- ☐ Part 1: Creditors with Priority Unsecured Claims
- ■ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | **Frederick Charles Lorch** |
|---|---|
| Debtor 2 | **Christine Anne Lorch** |

Case number *(if know)*   **16-50746**

**Asheville, NC 28801**

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Assistant U.S. Attorney Gil Beck** | Line **4.85** of *(Check one):* |
| **United States Courthouse** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **100 Otis Street, Room 233** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Asheville, NC 28801** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Assistant U.S. Attorney Gil Beck** | Line **4.31** of *(Check one):* |
| **United States Courthouse** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **100 Otis Street, Room 233** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Asheville, NC 28801** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Assistant U.S. Attorney Gil Beck** | Line **4.75** of *(Check one):* |
| **United States Courthouse** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **100 Otis Street, Room 233** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Asheville, NC 28801** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorney General Loretta Lynch** | Line **4.44** of *(Check one):* |
| **U.S. Department of Justice** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **950 Pennsylvania Ave., NW** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Washington, DC 20530-0001** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorney General Loretta Lynch** | Line **4.85** of *(Check one):* |
| **U.S. Department of Justice** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **950 Pennsylvania Ave., NW** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Washington, DC 20530-0001** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorney General Loretta Lynch** | Line **4.31** of *(Check one):* |
| **U.S. Department of Justice** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **950 Pennsylvania Ave., NW** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Washington, DC 20530-0001** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorney General Loretta Lynch** | Line **4.75** of *(Check one):* |
| **U.S. Department of Justice** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **950 Pennsylvania Ave., NW** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Washington, DC 20530-0001** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Blue Mountain Health System** | Line **4.64** of *(Check one):* |
| **ATTN: Corporate Officer** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Palmerton Campus** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **135 Lafayette Ave.** | |
| **Palmerton, PA 18071** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Blue Mountain Health System** | Line **4.64** of *(Check one):* |
| **ATTN: Corporate Officer** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Gnaden Huetten Campus** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **211 North 12th Street** | |
| **Lehighton, PA 18235** | |

Last 4 digits of account number

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

Debtor 1    **Frederick Charles Lorch**
Debtor 2    **Christine Anne Lorch**

Case number *(if know)*    **16-50746**

---

**Blue Mountain Health System**
**ATTN: Corporate Officer**
**Palmerton Campus**
**135 Lafayette Ave.**
**Palmerton, PA 18071**

Line **4.65** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Blue Mountain Health System**
**ATTN: Corporate Officer**
**Gnaden Huetten Campus**
**211 North 12th Street**
**Lehighton, PA 18235**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.65** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Carolinas Healthcare System**
**Attn: Corp Officer**
**PO Box 32861**
**Charlotte, NC 28232**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Carolinas Healthcare System**
**Attn: Corp Officer**
**PO Box 71108**
**Charlotte, NC 28272-1108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Carolinas Healthcare System**
**Attn: Corp Officer**
**PO Box 32861**
**Charlotte, NC 28232**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank**
**Attn: Corp Officer**
**PO Box 6500**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.56** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citibank**
**Attn: Corp Officer**
**PO Box 6500**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.68** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comenity Bank**
**Attn:  Corp Officer**
**PO Box 182125**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Court of Common Pleas Monroe**
**County**
**103B Gypsum Road**
**ATTN: MJ-43403-CV-0000301-2012**
**Stroudsburg, PA 18360**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Court of Common Pleas Monroe**
**County**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | **Frederick Charles Lorch** | |
|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | |

Case number (*if know*)   **16-50746**

**103B Gypsum Road**
**ATTN: MJ-43403-CV-0000023-2013**
**Stroudsburg, PA 18360**

Last 4 digits of account number

---

Name and Address
**Court of Common Pleas Monroe County**
**103B Gypsum Road**
**ATTN: MJ-43403-CV-0000301-2012**
**Stroudsburg, PA 18360**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.70** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **CV13**

---

Name and Address
**Court of Common Pleas Monroe County**
**103B Gypsum Road**
**ATTN: 5088-CV-13**
**Stroudsburg, PA 18360**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Court of Common Pleas Monroe County**
**103B Gypsum Road**
**ATTN: MJ-43304-CV-0000239-2014**
**Stroudsburg, PA 18360**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Court of Common Pleas Monroe County**
**Route 209 & Shafer Dr.**
**P.O. Box 218**
**Brodheadsville, PA 18322**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2014**

---

Name and Address
**Credit Control, LLC**
**Attn:  Corp Officer**
**5757 Phantom Drive**
**Suite 330**
**Hazelwood, MO 63042**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Fenton & McGarvey**
**ATTN: Corporate Officer**
**2401 Stanley Gualt Pkwy**
**Louisville, KY 40223**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.72** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   **2180**

---

Name and Address
**GECRB / Old Navy**
**Bankruptcy Dept.**
**Attn:  Corp Officer**
**PO Box 103104**
**Roswell, GA 30076**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.71** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gordon & Weinberg, P.C.**
**Frederick I. Weinberg**
**1001 E. Hector Street, Ste. 220**
**Conshohocken, PA 19428**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1  **Frederick Charles Lorch**
Debtor 2  **Christine Anne Lorch**

Case number (if know)  **16-50746**

| Name and Address | | |
|---|---|---|
| **Gordon & Weinberg, P.C.**<br>**Frederick I. Weinberg**<br>**1001 E. Hector Street, Ste. 220**<br>**Conshohocken, PA 19428** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Hayt, Hayt & Landau LLC**<br>**PO Box 500**<br>**Eatontown, NJ 07724-0500** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br><br>Last 4 digits of account number      **01YN** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Joel Cardis LLC**<br>**2006 Swede Rd**<br>**E. Norriton, PA 19401** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.66** of (Check one):<br><br>Last 4 digits of account number      **9445** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Law Offices of Joel E. Cardis**<br>**2006 Swede Rd., Suite 1000**<br>**Norristown, PA 19401** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Marycruz Ortiz**<br>**Midland Funding LLC c/o Hayt, Hayt**<br>**& Lan**<br>**123 S. Broad St. Suite 1660**<br>**Philadelphia, PA 19109** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **MedClaims International**<br>**PO Box 2214**<br>**Aston, PA 19014** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one):<br><br>Last 4 digits of account number      **7741** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **National Recovery Agency**<br>**PO Box 67015**<br>**Harrisburg, PA 17106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.51** of (Check one):<br><br>Last 4 digits of account number      **C669** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **National Recovery Agency**<br>**PO Box 67015**<br>**Harrisburg, PA 17106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.52** of (Check one):<br><br>Last 4 digits of account number      **J854** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **National Recovery Agency**<br>**PO Box 67015**<br>**Harrisburg, PA 17106** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of (Check one):<br><br>Last 4 digits of account number      **Q487** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Northland Group Inc.** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br><br>Last 4 digits of account number      **6840** | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Novant Health Imaging Mooresville**<br>**Attn:  Corp Officer**<br>**PO Box 933559**<br>**Atlanta, GA 31193-3559** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.61** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | Case number (if know) | **16-50746** |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Novant Medical Group**<br>**Attn: Corporate Officer**<br>**PO Box 549**<br>**Lutherville Timonium, MD 21094** | Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Novant Medical Group**<br>**Attn:  Corp Officer**<br>**PO Box 30143**<br>**Charlotte, NC 28230** | Line **4.61** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **OrthoCarolina**<br>**PO Box 602185**<br>**Charlotte, NC 28260-2185** | Line **4.63** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7929** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Palmerton Telephone**<br>**Attn: Corp Officer**<br>**465 Delaware Ave**<br>**Palmerton, PA 18071** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Peerless Credit Services**<br>**ATTNL Corporate Officer**<br>**725 Maple Rd.**<br>**Middletown, PA 17057** | Line **4.77** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **155E** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Portfolio Recovery Associates LLC**<br>**Litigation Department**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Portfolio Recovery Associates LLC**<br>**Litigation Department**<br>**120 Corporate Blvd.**<br>**Norfolk, VA 23502** | Line **4.71** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Remit Corporation**<br>**PO Box 7**<br>**Bloomsburg, PA 17815** | Line **4.64** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7377** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **RMB, Inc.**<br>**Attn: Corporate Officer**<br>**409 Bearden Park Circle**<br>**Knoxville, TN 37919** | Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1173** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Bank**<br>**Correspondence**<br>**PO Box 5943**<br>**Sioux Falls, SD 57117-5943** | Line **4.86** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Debtor 1 | **Frederick Charles Lorch** | | |
|---|---|---|---|
| Debtor 2 | **Christine Anne Lorch** | Case number (if know) | **16-50746** |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Wells Fargo Home Mortgage**<br>**Attn: Corp Officer**<br>**PO Box 14547**<br>**Des Moines, IA 50306-4547** | Line **4.88** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 173,606.28 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 173,606.28 |