**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Statesville Division**

Case No. 16−50746
Chapter 7

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Frederick Charles Lorch | Christine Anne Lorch |
| aka Fred Lorch, aka Frederick C Lorch | aka Christine Addotta |
| 1865 Jaya Drive | 1865 Jaya Drive |
| Sherrills Ford, NC 28673 | Sherrills Ford, NC 28673 |
| Social Security No.: xxx−xx−3884 | Social Security No.: xxx−xx−2614 |

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Amended Document filed in the above referenced case on 02/10/2017 as document # 11 is defective for the reason(s) marked below:

The document was not docketed using the correct event. This document does not need to be re−docketed, but in the future please use the correct event, which is located:
Bankruptcy/Other/Schedules and Statements, Check Amended box and check schedules that apply.

Dated: February 13, 2017                                        Steven T. Salata
                                                                Clerk of Court

Electronically filed and signed (2/13/17)